CITY OF TOLEDO ET AL., APPELLEES, v. THE STATE OF OHIO, APPELLANT.

[Cite as *Toledo v. State*, 122 Ohio St.3d 542, 2009-Ohio-4117.]

(No. 2008-0975—Submitted July 14, 2009—Decided August 20, 2009.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Lima v. State*, 122 Ohio St.3d 155, 2009-Ohio-2597, 909 N.E.2d 616.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents.

---

Richard Cordray, Attorney General, Benjamin C. Mizer, Solicitor General, and Sharon A. Jennings and Pearl M. Chin, Assistant Attorneys General, for appellant.

Kalniz, Iorio & Feldstein Co., L.P.A., and Donato Iorio, for amici curiae Toledo Police Patrolman's Association and Toledo Fire Fighters Local 92 in support of appellant.

---

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Lima v. State*, 122 Ohio St.3d 155, 2009-Ohio-2597, 909 N.E.2d 616.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents.